**Order entered May 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00163-CV

**JOHN THOMAS, M.D., J.A.A. ENTERPRISES, LLC D/B/A SOUTH PLAINS LINDSEY'S DAY SPA, AND MELISSA MCRAE, D.O., Appellants**

**V.**

**BIOTE MEDICAL, LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09503**

## ORDER

Before the Court is appellee's May 9, 2019 "Unopposed Motion for Extension of Time."

We **GRANT** the motion and **ORDER** appellee's brief due on or before June 10, 2019.

/s/    KEN MOLBERG
        JUSTICE